IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> APPROXIMATELY $8,525.00 ) <br> IN U.S. CURRENCY, ) <br> ) <br> ) <br> Defendant. ) <br> _____ ) | **Old Case No.** <br> **CV-F-05-1315 REC DLB** <br> **New Case No.** <br> **CV-F-05-1315 REC SMS** <br><br> **ORDER DISQUALIFYING MAGISTRATE JUDGE AND REASSIGNING ACTION TO ANOTHER MAGISTRATE JUDGE** |

Good cause appearing, the undersigned disqualifies himself from all proceedings of the present action. The Clerk of the Court has reassigned this action to the docket of a different Magistrate Judge.

**The new case number shall be CV-F-05-1315 REC SMS. The scheduling conference will be reset accordingly. All future pleadings shall be so numbered. Failure to use the correct case number may result in delay in**

1

1  ///

3  **your documents being received by the correct judicial officer.**

4      IT IS SO ORDERED.

5      **Dated:   November 4, 2005**              **/s/ Dennis L. Beck**
   3b142a                                    UNITED STATES MAGISTRATE JUDGE

2