1  McGREGOR W. SCOTT
   United States Attorney
2  KRISTI C. KAPETAN
   Assistant U.S. Attorney
3  3654 Federal Building
   1130 O Street
4  Fresno, California 93721
   Telephone: (559) 498-7440
5

6

7

8                    IN THE UNITED STATES DISTRICT COURT FOR THE
9                           EASTERN DISTRICT OF CALIFORNIA
10

11  UNITED STATES OF AMERICA,                      1:05-cv-01315 REC-SMS

12                  Plaintiff,                      APPLICATION AND ORDER
                                                    FOR PUBLICATION
13      v.

14  APPROXIMATELY $8,525.00
    IN U.S. CURRENCY,
15
                    Defendant.
16

17      The United States of America, plaintiff herein, applies for an order of publication as follows:

18      1.      Rule C(4) of the Supplemental Rules for Certain Admiralty and Maritime Claims

19  provides that the plaintiff shall cause public notice of the action and arrest to be given in a newspaper

20  of general circulation in the district, designated by order of the Court;

21      2.      Local Rule 83-171, Eastern District of California, provides that the Court shall

22  designate by order the appropriate newspaper for publication;

23      3.      The defendant property was seized in Fresno County, Fresno, California;

24      4.      Plaintiff proposes that publication be made as follows:

25          a.      One publication;

26          b.      In the following newspaper, a legal newspaper of general circulation, located

27  in the county in which the defendant property was seized: Fresno Business Journal

28          c.      The publication to include the following:

1        (1)    The Court, title and number of the action;

2        (2)    The date of the arrest/seizure;

3        (3)    The identity and/or description of the property arrested/seized;

4        (4)    The name, address and telephone number of the attorney for the

5    plaintiff;

6        (5)    A statement that claims of persons entitled to possession or claiming

7    an interest pursuant to Supplemental Rule C(6) of the Federal Rules of Admiralty must be filed with

8    the Clerk and served on the attorney for the plaintiff within 30 days after the date of publication;

9        (6)    A statement that answers to the complaint must be filed and served

10   within 20 days after the filing of the claim and, in the absence thereof, default may be entered and

11   condemnation ordered;

12       (7)  A statement that applications for intervention under Fed. R. Civ. P. 24 by

13   persons claiming maritime liens or other interests shall be filed within the 30 days allowed for claims

14   for possession; and

15       (8)    The name, address, and telephone number of the U.S. Marshal and/or

16   Department of Treasury.

17

18   DATED:  10/17/05              McGREGOR W. SCOTT
    United States Attorney

19

20       /s/ Kristi C. Kapetan
    KRISTI C. KAPETAN

21       Assistant U.S. Attorney

22   **ORDER**

23   IT IS SO ORDERED.

24   **Dated:   November 22, 2005**          **/s/ Sandra M. Snyder**

25   icido3    UNITED STATES MAGISTRATE JUDGE

26

27

28       2