McGREGOR W. SCOTT
United States Attorney
STEPHANIE HAMILTON BORCHERS
Assistant U.S. Attorney
Federal Courthouse, Suite 4401
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>APPROXIMATELY $8,525.00 IN U.S. CURRENCY,<br><br>    Defendant. | 1:05-CV-01315-OWW-LJO<br><br>**STIPULATION AND ORDER STAYING ACTION** |

It is hereby stipulated by and between plaintiff United States of America, by its attorney McGregor W. Scott, United States Attorney for the Eastern District of California, Stephanie Hamilton Borchers, Assistant United States Attorney, and Roger K. Vehrs Attorney for Claimant John Rosales:

1. Claimant John Rosales filed a verified claim and answer to the Complaint for Forfeiture *In Rem* on November 16, 2005. No other parties have filed a claim. For purposes of this stipulation only, the United States stipulates that John Rosales has standing to contest this forfeiture action.

2. This civil action was filed on October 17, 2005. The defendant currency, approximately $8,525.00 in U.S. currency was arrested pursuant to a Warrant and Summons For Arrest of Articles *In Rem* on October 26, 2005.

3. The parties recognize that proceeding with this action at this time could potentially adversely affect the prosecution of the related criminal case, *United States v. Oscar Rosales, et al., 1:05-CR-00161-OWW*. All pending subpoenas are hereby withdrawn without prejudice.

THEREFORE the parties to this action stipulate as follows:

1. Pursuant to 18 U.S.C. § 981(g), this action shall be stayed pending the conclusion of the federal criminal action presently pending.

IT IS SO STIPULATED.

Dated: 2/16/07          McGREGOR W. SCOTT
                        United States Attorney

                        /s/ Stephanie Hamilton Borchers
                        STEPHANIE HAMILTON BORCHERS
                        Assistant U.S. Attorney

Dated: 2/16/07          /s/ Roger K. Vehrs
                        ROGER K. VEHRS
                        Attorney for Claimant John Rosales

For good cause shown, the Court adopts the parties' stipulation.

IT IS SO ORDERED.

**Dated:    March 9, 2007**          **/s/ Oliver W. Wanger**
emm0d6                                UNITED STATES DISTRICT JUDGE